# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Eduardo Flores Corral<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED 10 MJ 312 - 1<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/10/10__, ____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/7/10__

_____
U.S. District Judge/Magistrate Judge